UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUDOLPH BENJAMIN,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER PIERCE, Warden,<br><br>Respondent. | Case No. 8:25-cv-02671-KK (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records and files herein, including the Petition (Dkt. 4); Respondent's Motion to Dismiss the Petition (Dkt. 9, "Motion to Dismiss") and supporting materials (Dkt. 10, 10-1 to 10-11); Petitioner's Opposition to the Motion to Dismiss (Dkt. 11) and supporting materials (Dkt. 12, 12-1); the Report and Recommendation of the assigned magistrate judge (Dkt. 15, "Report"), and Petitioner's Objection to the Report (Dkt. 19) and supporting materials (Dkt. 19-1 to 19-3).

The Court has undertaken a <u>de novo</u> review of the portions of the Report to which objections have been made. The Court concurs with and accepts the findings and recommendation of the magistrate judge.

/ / /

IT IS THEREFORE ORDERED that: (1) the Motion to Dismiss (Dkt. 9) is GRANTED; and (2) Judgment shall be entered denying the Petition and dismissing this action without prejudice.

Dated: July 13, 2026

_____
KENLY KIYA KATO
United States District Judge

2