JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| RUDOLPH BENJAMIN,<br><br>Petitioner,<br><br>v.<br><br>CHRISTOPHER PIERCE, Warden,<br><br>Respondent. | Case No. 8:25-cv-02671-KK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: July 13, 2026

_____
KENLY KIYA KATO
United States District Judge